**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
DEPUTY CLERK

LORI NFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

October 14, 2003

William H. Clendenen Esq.
Clendenen & Shea
400 Orange St. Box 301
New Haven, Ct. 06502-0301

   Re: Case Name: Steinberg v Obstetrics-Gynecology
     Number: 3:01cv2050 GLG

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

   Defendant's exhibits I thru Q

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

          Sincerely,

          Kevin F. Rowe, Clerk
         BY _____
          F. DePino
          Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 10/20/03

**RECEIVED**
OCT 19 2003
CLENDENEN & SHEA LLC