FILED
Nov 26  2 29 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUTH STEINBERG, M.D.<br>    Plaintiff, | :<br>:<br>: |
| V. | : CIV. ACT. NO. 3:01 CV 02050 (GLG) |
| OBSTETRICS-GYNECOLOGY &<br>INFERTILITY GROUP, P.C., OBSTETRICS-<br>GYNECOLOGY & INFERTILITY GROUP,<br>P.C. PROFIT SHARING PLAN, LAWRENCE<br>J. WARTEL, M.D., AND JOEL S. SILDKER,<br>M.D.<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: NOVEMBER 19, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED by and between Ruth Steinberg, M.D. and Defendants Obstetrics-Gynecology & Infertility Group, P.C., Obstetrics-Gynecology & Infertility Group, P.C. Profit Sharing Plan, Lawrence J. Wartel, M.D., and Joel S. Silidker, M.D., by their respective counsel, that the above-captioned matter be dismissed with prejudice and without costs to any party.

Ciulla & Donofrio, LLP

*[signature]*

Robert K. Ciulla [ct 04262]
Paul E. Monaghan [ct 23310]
Ciulla & Donofrio, LLP
127 Washington Avenue
North Haven, Connecticut 06473

Attorneys for Plaintiff
RUTH STEINBERG, M.D.

Clendenen & Shea, LLC

*[signature]*

William H. Clendenen, Jr. [ct 01927]
CLENDENEN & SHEA, LLC
400 Orange Street
P.O. Box 301
New Haven, Connecticut 06502

Attorney for Defendants
OBSTETRICS-GYNECOLOGY &
INFERTILITY GROUP, P.C.,
OBSTETRICS-GYNECOLOGY &
INFERTILITY GROUP, P.C.
PROFIT SHARING PLAN,
LAWRENCE J. WARTEL, M.D.,
AND JOEL S. SILDKER, M.D.

SO ORDERED:

_____
United States District Judge

Date:_____

2