# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUTH STEINBERG, M.D. <br> Plaintiff, | : <br> : <br> : |
| V. | : CIV. ACT. NO. 3:01 CV 02050 (GLG) |
| OBSTETRICS-GYNECOLOGY & INFERTILITY GROUP, P.C., OBSTETRICS-GYNECOLOGY & INFERTILITY GROUP, P.C. PROFIT SHARING PLAN, LAWRENCE J. WARTEL, M.D., AND JOEL S. SILDKER, M.D. <br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : NOVEMBER 19, 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED by and between Ruth Steinberg, M.D. and Defendants Obstetrics-Gynecology & Infertility Group, P.C., Obstetrics-Gynecology & Infertility Group, P.C. Profit Sharing Plan, Lawrence J. Wartel, M.D., and Joel S. Silicker, M.D., by their respective counsel, that the above-captioned matter be dismissed with prejudice and without costs to any party.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court

By _____
Deputy Clerk